1018

[No. 31164-0-II.  Division Two.  May 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE L. HAVENS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00324-7, Toni A. Sheldon, J., entered December 4, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 31416-9-II.  Division Two.  May 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN GRANT SPICER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 03-1-00340-3, H. John Hall, J., entered February 10, 2004. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 22063-0-III.  Division Three.  May 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL CARNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 02-1-00041-2, Larry M. Kristianson, J., entered April 30, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J.

[No. 22701-4-III.  Division Three.  May 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEX WILLIAM EDWARDS, Appellant.

Appeal from a judgment of the Superior Court for Benton County, No. 03-8-00963-5, Mike R. Johnston, J. Pro Tem., entered February 6, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.